WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff


# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON


**JOEANN CLARK,**                                          CV # 04-341-CO

　　　　Plaintiff,

vs.                                                                  ORDER

**COMMISSIONER of Social Security,**

　　　　Defendant.

_____

　　　　Attorney fees in the amount of $7,499.99 are hereby awarded to Plaintiff's counsel, Tim

Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  The check shall be

sent to Tim Wilborn's address, above.


　　　　DATED this 27 day of July, 2006.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States District ~~Magistrate~~ Judge

Submitted on July 17, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff


ORDER - Page 1